# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>EDWARD MERRITT,<br><br>                  Defendant. | Case No. 17-00224-01-CR-W-BP |

## ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION AND FINDING DEFENDANT COMPETENT TO STAND TRIAL

On December 14, 2017, the Honorable Matt J. Whitworth, United States Magistrate Judge for this District, issued a Report recommending that the undersigned find that Defendant is competent to stand trial. (Doc. 22.) The Court has reviewed the psychiatric report dated October 25, 2017, (Doc. 16), and the transcript of the proceedings before Judge Whitworth. (Doc. 22.) Based on the psychiatric report and the transcript, and the lack of an objection from either party, the Court adopts Judge Whitworth's recommendation and finds Defendant is competent to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

      **IT IS SO ORDERED.**

/s/ Beth Phillips
BETH PHILLIPS, JUDGE
UNITED STATES DISTRICT COURT

DATE: January _9_, 2018